UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Twin City Pipe Trades Service Association, Inc., a Minnesota nonprofit corporation,

Plaintiff,

vs.

Budget Plumbing Corporation,

Defendant.

Civil File No. 00-CV-657 DSD/JMM

**ORDER**

---

This matter came before the Court on June 2, 2000, on Plaintiff's motion for default judgment against Defendant Budget Plumbing Corporation ("Budget"). William A. Cumming appeared for Plaintiff. There was no appearance by Defendant.

Based on all the files, records, and proceedings in this matter, and being fully advised in the premises,

IT IS ORDERED that Plaintiff Twin City Pipe Trades Service Association have and recover from Defendant Budget, the amount of $4,228.53, which represents $3,117.60 of unpaid fringe benefit contributions and liquidated damages, $230.97 in interest, and $870.00 for reasonable costs and attorneys' fees.

IT IS FURTHER ORDERED that Defendant Budget is enjoined and required to post a bond in favor of Plaintiff Twin City Pipe Trades Service Association, Inc., approved by the Service Association Board, or deposit cash, in the amount of $51,000.00, conditioned and sufficient to pay all the benefit payments due for a period of at least three (3) months in advance.

IT IS FURTHER ORDERED that Defendant Budget is further permanently enjoined and

JUN 0 2 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD JUN 0 2 2000
DEPUTY CLERK

required to make its benefit contributions once a week not later than three (3) working days, excluding Saturday, Sunday, and holidays, after the close of the weekly period for which contributions are due.

THERE BEING NO JUST REASON FOR DELAY
LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 6/2/00

By ______________________
Judge of the United States District Court

333452/1