# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Pipe Trades Services Association, Inc.

Case No. Civil 00-657DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Budget Plumbing Corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that permanent injunction and judgment is entered against the defendant in the total amount of $4,228.53; that defendant post a bond or deposit cash in the amount of $51,000, conditioned and sufficient to pay all the benefit payments due for a period of at least three months in advance; that defendant is required to make its benefit contributions once a week not later than three working days, excluding Saturday, Sunday and holidays, after the close of the weekly period for which contributions are due.

DATE: June 2, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk